Monty E. WRIGHT, a/k/a Monty E. Hamlor, Plaintiff–Appellant,

v.

William W. MUSE, Chairman; Virginia Parole Board, Defendants–Appellees.

No. 13–7825.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 27, 2014.

Decided: March 5, 2014.

Monty Wright, Appellant Pro Se.

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

UNPUBLISHED

PER CURIAM:

Monty E. Wright appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1) (2012).* We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal

---

* We conclude that the order is final and appealable as no amendment to the complaint could cure the defects identified by the dis-

trict court. *See Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066–67 (4th Cir.1993).